

**Office of the New York State Attorney General**

**Letitia James
Attorney General**

October 15, 2025

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

    Re: *Ganthier v. Superintendent, Green Haven Correctional Facility*,
       No. 25-2258

Dear Ms. Wolfe:

  I write to request that the Court remove the Office of the New York State Attorney General as counsel for the respondent-appellant. Although the petitioner-appellee is in state custody, the Suffolk County District Attorney's Office represented the respondent in the district court and has appeared for the appellant in this Court. Accordingly, there will be no disruption in representation for the appellant if this Office is removed.

  I thank the Court in advance for its attention.

            Respectfully yours,
            */s/ Oren L. Zeve*
            Oren L. Zeve
            Managing Assistant Solicitor General

cc: All counsel