**RAYMOND A. TIERNEY**
DISTRICT ATTORNEY



# OFFICE OF THE DISTRICT ATTORNEY
# COUNTY OF SUFFOLK

October 17, 2025

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals
Second Circuit
40 Foley Square
New York, New York 10007

          Re: *Evans Ganthier v. Superintendent, Greenhaven Correctional Facility*
               Dkt. No. 25-2258
               Suffolk Co. Ind. No. 0443-10

Dear Ms. O' Hagan Wolfe:

    I am writing to you pursuant to Local Rule 31.2(a)(1)(A) to advise the Court that I filed Form D, on October 7, 2025, and that no transcript will be ordered. Additionally, I request that a filing date of January 6, 2026, which is within 91 days of the filing of Form D, and is not a holiday. Thank you in advance for your attention to this matter. Should you wish to contact me directly, I may be reached at (631) 852-2439.

                                  Respectfully yours,

                                  RAYMOND A. TIERNEY
                                DISTRICT ATTORNEY

                      By: _____
                              ROSALIND C. GRAY
                              Assistant District Attorney
                              Appeals and Training Bureau
                              Office of the District Attorney

*Ganthier, Evans*
25-2258
Page 2 of 2

Suffolk County


cc:    Jonathan I. Edelstein
Edelstein and Grossman
Attorney for Petitioner-Appellee
501 Fifth Avenue, Suite 514
New York, New York 10017